**FILED**
JAN - 2 2008
1-2-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
### FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

### AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **08CR 0001** |
| ) | |
| NORTHERN DISTRICT OF ILLINOIS ) | CASE NUMBER: |

The undersigned Affiant personally appeared before Geraldine Soat Brown, a United States Magistrate Judge, and being duly sworn on oath, states: That at Memphis, Tennessee (U.S. District Court for the Western District of Tennessee), one CECIL RAYMOND FERGUSON was charged with a petition to revoke supervised release in *United States v. Cecil Raymond Ferguson, et al.*, Case Number 91-20024, that the term of FERGUSON's release extends through January 20, 2009, and that FERGUSON failed to appear in court to answer the petition against him on October 22, 2007. Furthermore, on the basis of Affiant's investigation and information received concerning the case through official channels, Affiant does hereby certify that an Arrest Warrant is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

KEITH SEIKS
United States Marshals Service

Subscribed and Sworn to before me this
2nd of January 2008.

United States Magistrate Judge

CHRISTOPHER R. MCFADDEN
Assistant U.S. Attorney

Bond set [or recommended] by issuing Court at: **No bond**

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

WESTERN   DISTRICT OF   TENNESSEE

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| | Case Number: 91-20024 |
| CECIL RAYMOND FERGUSON | |

2007 OCT 30 PM 2: 23
UNITED STATES MARSHALS
WESTERN DIST TENNESSEE

TO: The United States Marshal
and any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest   CECIL RAYMOND FERGUSON
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Failure to appear in court on a Supervised Release Violation court date 10/22/07.

in violation of Title __18__ United States Code, Section(s) __3146__

Thomas M. Gould
Name of Issuing Officer

District Court Clerk
Title of Issuing Officer

Signature of Issuing Officer

10/24/07, Memphis, TN
Date and Location

Bail fixed at $ __No bond__  by _[signature]_
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

UNITED STATES OF AMERICA
    Plaintiff,

VS.

CECIL RAYMOND FERGUSON,
    Defendant.

Case Number 2:91CR20024-B
(Redacted Version)

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Cecil Raymond Ferguson, was represented by Leslie Ballin, Esq.

It appearing that the defendant, who was convicted on January 21, 2003, in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant is REVOKED, and the defendant is given credit for time previously served. Defendant is placed on a new term of Supervised Release, to expire January 20, 2009.

FURTHERMORE, the defendant shall be subject to the conditions of supervised release that were previously imposed. It is further ordered that the defendant shall participate in Inpatient Drug Treatment, if deemed appropriate by the Probation Officer.

Signed this the 5th day of December, 2006.

                                              **s/ J. Daniel Breen**
                                              J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE

PROB 12C
(7/93)

# United States District Court

## for the

## Western District Of Tennessee

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cecil Raymond Ferguson     Case Number: 2:91CR20024-002

Name of Sentencing Judicial Officer: The Honorable Jerome Turner (The Honorable J. Daniel Breen)

Date of Original Sentence: 10/4/1991

Original Offense:     Possession of Controlled Substance with Intent to Distribute (Cocaine)

Original Sentence:     Prison - 168 Months; TSR - 72 Months*     Type of Supervision: Supervised Release

Asst. U.S. Attorney:     Chris Cotton     Date Supervision Commenced: 1/21/2003

Defense Attorney:     Eugene Laurenzi     Date Supervision Expires: 1/20/2009

*Supervised Release revoked on December 5, 2006, with a sentence of Time Served, and a new term of Supervised Release imposed set to expire January 20, 2009.

### PETITIONING THE COURT

[ ] To issue a warrant.
[x] To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Possession/Usage of a Controlled Substance** - Mr. Ferguson used and/or possessed a controlled substance as evidenced by voluntarily signing admissions to having used cocaine on or about April 15 and May 26, 2007. |

U.S. Probation Officer Recommendation:
[x] The term of supervision should be
    [x] revoked.
    [ ] extended for _____ years, for a total term of _____ years.
[ ] The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the foregoing is true and correct.

Executed on     May 30, 2007

s/Nicole D. Peterson

Nicole D Peterson
U.S. Probation Officer

Prob12C

Re: Ferguson, Cecil Raymond
May 30, 2007
Page 2

Approved:

| s/Alice Conley | 05-31-2007 |
|---|---|
| Supervising U.S. Probation Officer | Date |

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

s/ J. DANIEL BREEN
Signature of Judicial Officer

Date: June 15, 2007

Case 2:91-cr-20024-JDB   Document 88   Filed 06/15/2007   Page 3 of 4

Prob12C
Re: Ferguson, Cecil Raymond
May 30, 2007
Page 3

# VIOLATION WORKSHEET

1. Defendant  <u>Cecil Raymond Ferguson</u>
2. Docket Number (Year-Sequence-Defendant No.)  <u>2:91CR20024-002</u>

3. District/Office  <u>Western District of Tennessee (Memphis)</u>

4. Original Sentence Date  <u>10/4/1991</u>

*(If different than above):*

5. Original District/Office _____

6. Original Docket Number (Year-Sequence-Defendant No.) _____

7. List each violation and determine the applicable grade {see §7B1.1}:

| Violation(s) | Grade |
|---|---|
| Possession/Use of a Controlled Substance | B |

8. Most Serious Grade of Violation (see §7B1.1(b))  —  B

9. Criminal History Category (see §7B1.4(a))74  —  VI

10. Range of imprisonment (see §7B1.4(a))  —  **21-27 months**
    Statutory Max: 36 months

11. Sentencing Options for Grade B and C violations Only (Check the appropriate box):

   { }  (a) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

   { }  (b) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

   {X}  (c) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Mail documents to: United States sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit

Prob12C
Re: Ferguson, Cecil Raymond
May 30, 2007
Page 4

**Defendant** Cecil Raymond Ferguson    Docket No: 2:91CR20024-002

**12.   Unsatisfied Conditions of Original Sentence**

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

| Restitution ($) | Community Confinement |
| Fine ($) | Home Detention |
| Other | Intermittent Confinement |

**13.   Supervised Release**

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 {see §§7B1.3(g)(1)}.

Term: _____ to _____ years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment impossible upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment: _____

**14.   Departure**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

_____
_____
_____
_____
_____
_____
_____

**15.   Official Detention Adjustment** {see §7B1.3(e)}: months _____ days _____

Mail documents to: United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit