## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0001 | DATE | 1/2/2008 |
| CASE TITLE | USA vs. Cecil Raymond Ferguson | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant Cecil Raymond Ferguson appears in response to arrest on 01/02/08. Defendant informed of his rights. Defendant waives identity hearing. Government moves for removal in custody. Defendant agrees to removal in custody without prejudice to defendant's right to a detention hearing in the charging district. Order defendant removed in custody to the Western District of Tennessee forthwith. *Geraldine Soat Brown*

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|