UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**                                 **OFFICE OF THE CLERK**
     **CLERK**                                                                January 9, 2008

Mr. Thomas M. Gould, Clerk
United States District Court
242 Clifford Davis and Odell Horton
Federal Building
167 North Main Street
Memphis, TN 38103

**Re: USA v. Cecil Raymond Ferguson - 08 CR 1**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

  _X_  Docket Sheet,                    _X_ Order of Removal dated: 1/2/08
       Case No.: 08 CR 1

  _X_  Affidavit in Removal             ____ Final Commitment Proceedings

  _X_  Financial Affidavit              ____ Temporary Commitment

  ____ Order appointing counsel         ____ Order setting conditions of release

  ____ CJA 20 Form                      ____ Detention Order

  ____ Appearance form                  ____ Appearance Bond

                                        ____ Other(see docket for entries):


Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                        Sincerely yours,

                                        Michael W. Dobbins, Clerk


                                        by: _____
                                            Marsha E. Glenn , Deputy Clerk