M/tw

08 CR 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Anthony Jnn   1/1/08 |
| 1. Article Addressed to:<br><br>08 CR 1<br><br>Mr. Thomas M. Gould, Clerk<br>United States District Court<br>242 Clifford Davis and Odell Horton<br>Federal Building<br>167 North Main Street<br>Memphis, TN 38103 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>08 CR 1<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7006 0100 0001 7313 6348 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**FILED**

JAN 1 5 2008
1-15-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE MEMPHIS TN
11 JAN 2008 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED
JAN 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sender: Please print your name, address, and ZIP+4 in this box

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

08 CR 1