RECEIVED

JAN 11 2008

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
January 9, 2008

Mr. Thomas M. Gould, Clerk
United States District Court
242 Clifford Davis and Odell Horton
Federal Building
167 North Main Street
Memphis, TN 38103

**Re: USA v. Cecil Raymond Ferguson - 08 CR 1**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 1 | _X_ Order of Removal dated: 1/2/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| ____ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| ____ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

FILED
JAN 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk